Alberto D. BTESH, as Guardian of Ronald S. Btesh, Plaintiff–Appellant,

v.

CITY OF MAITLAND, FL, a Florida Municipal Corporation, Rebecca Denicola, Gary Calhoun, individually and in their official capacities as City of Maitland Police Officers, Defendants–Appellees,

Amanda Payne, individually and in her official capacity as a City of Maitland Police Officer, et al., Defendants.

No. 11–14017.

United States Court of Appeals, Eleventh Circuit.

June 13, 2012.

Elliot Burt Kula, Daniel M. Samson, Kula & Samson, LLP, Aventura, FL, Stewart Greenberg, Howard Weitzner, Greenberg & Stone, PA, Kevin Patrick O'Connor, Beranton James Whisenant, Jr., Foley & Mansfield, PLLP, Miami, FL, for Plaintiff–Appellant.

Clifford Bishop Shepard, Kalanit Oded, Dani Samantha Theobald, Shepard, Smith & Cassady, PA, Maitland, FL, for Defendants–Appellees.

Before CARNES, WILSON and HILL, Circuit Judges.

884

PER CURIAM:

Alberto Btesh appeals the grant of summary judgment to the City of Maitland, Rebecca Denicola and Gary Calhoun on all the remaining counts of his complaint in this action.

The district court in an exhaustive 88–page opinion held that neither of the individual defendants violated Btesh's clearly established constitutional right. As a result, the court held that the City of Maitland also was not liable to Btesh. The court found no merit to any of Btesh's other claims.

We have read the briefs, reviewed the record and carefully considered the district court's findings and conclusions of law. Finding no error in these, the judgment of the district court is due to be

AFFIRMED.